**EXHIBIT C**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEWAYNE MARCUS MICKLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-3090-SAC |
| ) | |
| BOND, ET AL. ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF DEE-DEE GREGORY RN, BSN, HSA

**State of KANSAS**           )
                              ) ss:
**County of WYANDOTTE**   )

I, the undersigned, Dee-Dee Gregory, of lawful age and first being duly sworn and upon my oath, do state:

1. That I am the Health Services Administrator for the Wyandotte County Detention Center and an employee of Wellpath Correctional Health Services, and I have knowledge of the facts stated herein.

2. I have reviewed my files related to the subject matter of this litigation, and the electronic records of the Wyandotte County Sheriff's Office that pertain to the Plaintiff.

3. The statements contained herein are either based on personal knowledge, and or drawn from records kept in the ordinary course and scope of business of the Wyandotte County Sheriff's Office, and are true and accurate to the best of my knowledge and belief.

4. During the course of his alleged crimes, Plaintiff was in a motor vehicle accident resulting in treatment at KU Medical Center on January 31, 2019, through February 4, 2019, for a pulmonary contusion and the ingestion of unknown substance.

5. On February 4th, 2019, he was transferred to the Wyandotte County Jail from KU Medical Center but refused to be seen by the provider for a follow up.

6. On March 1st, 2019, Plaintiff was seen in medical due to a fall which he claimed occurred while drinking from his cup of water. He stated he had some pain on his right hip and lower leg and was started on pain medication at that time.

7. On March 27, 2019, Plaintiff was seen in medical and evaluated after an altercation with officers in which force had to be used to gain his compliance with directives. His resultant medical complaints consisted of generalized pain. He was given pain medication for his pain complaints.

8. During the evaluation, a small abrasion was noted on his right wrist, which is a common condition related to offender resistance.

9. Plaintiff was educated to notify medical if other issues occurred. He made no further complaints of pain relative to the use of force, and for the remainder of his stay, neither requested nor received further medical treatment related to the incident.

10. Plaintiff's medical records reflect that treatment and care received by Plaintiff was timely, appropriate and in accordance with protocol relating to the provision of medical services to inmates and in response to uses of force.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____ RN H84
Dee-Dee Gregory, Health Services Administator
Wellpath Correctional Health Services
Wyandotte County Sheriff's Office

Subscribed and sworn before me on this 30th day of March, 2022.

**COLLEEN M. HERBST**
**NOTARY PUBLIC**
**STATE OF KANSAS**

_Colleen M. Herbst_
Notary Public

My Appointment Expires: 5-1-2025